IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, )<br>)<br>    Plaintiff,              )<br>v.                             )<br>)<br>RITCON, LLC D/B/A              )<br>ADVANCED CONTENTS RECOVERY,    )<br>)<br>    Defendant.             ) | Civil Case No. 5:23-cv-00029<br><br>By: Elizabeth K. Dillon<br>    United States District Judge |

**FINAL JUDGMENT ORDER**

For the reasons stated in the accompanying memorandum opinion, it is hereby ORDERED that Great American Insurance Company's motion for default judgment against RITcon, LLC d/b/a Advanced Contents Recovery (Dkt. No. 7), is GRANTED.  Judgment is hereby ENTERED in favor of Great American.  The court hereby DECLARES that Great American has no duty to defend and/or indemnify RITcon or anyone else for any claims, suits, and judgments related to Susan Doran's loss of personal property.

The Clerk is directed to STRIKE this case from the active docket of the court and to send copies of this judgment order and the court's memorandum opinion to all counsel of record and to RITcon at the address set forth in Docket Number 3.

Entered: December 18, 2023.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
United States District Judge